FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON STATE SNOWMOBILE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE and UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendants. | No.   1:21-cv-03096-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 17, 2021, Plaintiff Washington State Snowmobile Association filed a notice of voluntary dismissal, ECF No. 5. Defendants have served neither an answer nor a summary judgment motion. Consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED**:

**1.** Plaintiff's Notice of Voluntary Dismissal without Prejudice, **ECF No. 5**, is **ACKNOWLEDGED**.

**2.** All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of September 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge